IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MACKENSON CEBE,** | : CIVIL ACTION NO. 3:22-CV-1570 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JOSEPH D. ZOLA,** *et al.,* | : |
| **Defendants** | : |

## ORDER

AND NOW, this 9th day of June, 2023, upon consideration of the report (Doc. 9) issued by Chief Magistrate Judge Karoline Mehalchick, as well as plaintiff's objections (Doc. 13) thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The report (Doc. 9) is ADOPTED in full.

2. Plaintiff's complaint (Doc. 1) is DISMISSED without further leave to amend.

3. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

4. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania